UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MELISSA ERWIN, individually and on behalf of all others similarly situated,

Plaintiff,

v.

CLUB MED SALES, INC., a Delaware corporation,

Defendant.

No. 2:26-cv-01397-JHC

STIPULATED MOTION AND ORDER TO EXTEND DEADLINE FOR RESPONSE TO COMPLAINT AND TO SET BRIEFING SCHEDULE

NOTE ON MOTION CALENDAR: MAY 1, 2026

## STIPULATION

Pursuant to Local Civil Rules 7(d)(1), 7(j) and 10(g), Plaintiff Melissa Erwin ("Plaintiff") and Defendant Club Med Sales, Inc. ("Defendant" or "Club Med") hereby stipulate and agree, subject to the Court's approval, as follows:

1. On March 23, 2026, Plaintiff filed her Complaint in the Superior Court for Snohomish County, Case No. 26-2-02997-31. Dkt. 1, Ex. B.

2. Plaintiff served the Summons and Complaint on Club Med's registered agent on March 27, 2026. Dkt. 1, Ex. A.

3. On April 24, 2026, Club Med removed the above-captioned case to this Court. Dkt. 1.

STIPULATED MOTION AND ORDER
TO EXTEND DEADLINE TO RESPOND
TO COMPLAINT AND SET BRIEFING SCHEDULE
(2:26-cv-01397-JHC) – 1

4.      Absent an extension, Club Med's deadline to respond to the Complaint is May 1, 2026. *See* Fed. R. Civ. P. 81(c)(2)(C).

5.      The Parties agree that good cause exists under Federal Rule of Civil Procedure 6(b) to extend the Parties' deadlines as set forth herein. Good cause exists to extend the deadline to respond to the Complaint to allow time for the Parties to evaluate the facts relevant to Club Med's response to the Complaint before the parties file substantive responses and engage in motions practice.

6.      Therefore, the Parties agree and stipulate (subject to Court approval) to extend the following deadlines:

| Event | Proposed Deadline |
|---|---|
| Club Med's Response to Complaint | June 26, 2026 |
| Plaintiff's Opposition to Club Med's Response to Complaint, if any | July 24, 2026 |
| Club Med's Reply in Support of Response to Complaint, if any | August 14, 2026 |

IT IS SO STIPULATED.

DATED this 1st day of May, 2026.

STRAUSS BORRELLI PLLC

DAVIS WRIGHT TREMAINE LLP

By: s/ *Samuel J. Strauss*
Samuel J. Strauss, WSBA #46971
Raina C. Borrelli, *Pro Hac Vice Forthcoming*
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Tel: (872) 263-1100
E-mail: sam@straussborrelli.com
E-mail: raina@straussborrelli.com

Lynn A. Toops, *Pro Hac Vice Forthcoming*
Natalie A. Lyons, *Pro Hac Vice Forthcoming*
Ian R. Bensberg, *Pro Hac Vice Forthcoming*

By: s/ *Lauren B. Rainwater*
Lauren B. Rainwater, WSBA #43625
Rachel Herd, WSBA #50339
Quincy Rush, WSBA #62834
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Telephone: 206-622-3150
laurenrainwater@dwt.com
rachelherd@dwt.com
quincyrush@dwt.com

***Attorneys for Defendant***

COHENMALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
E-mail: ltoops@cohenmalad.com
E-mail: nlyons@cohenmalad.com
E-mail: ibensberg@cohenmalad.com

J. Gerard Stranch, IV, *Pro Hac Vice Forthcoming*
Michael C. Tackeff, *Pro Hac Vice Forthcoming*
Andrew K. Murray, *Pro Hac Vice Forthcoming*
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
E-mail: gstranch@stranchlaw.com
E-mail: mtackeff@stranchlaw.com
E-mail: amurray@stranchlaw.com

***Attorneys for Plaintiff***
***Melissa Erwin***

***Club Med Sales, Inc.***

\*I certify that this memorandum contains 246 words, in compliance with the Local Civil Rules.

STIPULATED MOTION AND ORDER
TO EXTEND DEADLINE TO RESPOND
TO COMPLAINT AND SET BRIEFING SCHEDULE
(2:26-cv-01397-JHC) – 3

## ORDER

For good cause shown, the Court GRANTS the Parties' stipulated motion and hereby extends the time for Defendant to respond to the Complaint through and including May 1, 2026, and enters the following briefing schedule:

| Event | Proposed Deadline |
|---|---|
| Club Med's Response to Complaint | June 26, 2026 |
| Plaintiff's Opposition to Club Med's Response to Complaint, if any | July 24, 2026 |
| Club Med's Reply in Support of Response to Complaint, if any | August 14, 2026 |

IT IS SO ORDERED this 1st day of May, 2026.

_____
John H. Chun
United States District Judge

STIPULATED MOTION AND ORDER
TO EXTEND DEADLINE TO RESPOND
TO COMPLAINT AND SET BRIEFING SCHEDULE
(2:26-cv-01397-JHC) – 4