The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MELISSA ERWIN, on her own behalf and on behalf of others similarly situated,

Plaintiff,

v.

CLUB MED SALES, INC., a Delaware corporation,

Defendant.

Case No. 2:26-cv-01397-JHC

**DECLARATION OF LAUREN B. RAINWATER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS COMPLAINT**

I, Lauren B. Rainwater, declare as follows:

1.     I am a partner with the law firm of Davis Wright Tremaine LLP, counsel for Defendant Club Med Sales, Inc. ("Club Med") in this matter. I make this declaration in support of Club Med's Motion to Dismiss Complaint. I am over 18 years of age and am competent to submit this declaration.

2.     Attached as **Exhibit A** is a true and correct copy of a web capture of a Washington Attorney General's Office webpage explaining spam email under CEMA (https://www.atg.wa.gov/washingtons-law), as publicly displayed on October 17, 2020, and accessed on May 18, 2026, from the Wayback Machine at http://web.archive.org/web/20201017023016/www.atg.wa.gov/washingtons-law.

DECLARATION OF LAUREN B. RAINWATER
(2:26-cv-01397-JHC) – 1

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

3.      Attached as **Exhibit B** is a true and correct copy of a web capture of a Washington Attorney General's Office webpage explaining spam email under CEMA (https://www.atg.wa.gov/washingtons-law), as publicly displayed on April 10, 2025, and accessed on May 18, 2026, from the Wayback Machine at http://web.archive.org/web/20250410222935/www.atg.wa.gov/washingtons-law.

4.      Attached as **Exhibit C** is a true and correct copy of a web capture of the current Washington Attorney General's Office webpage explaining spam email under CEMA (https://www.atg.wa.gov/washingtons-law), accessed on May 21, 2026.

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 26th day of June, 2026, in Seattle, Washington.


s/ *Lauren B. Rainwater*
Lauren B. Rainwater

DECLARATION OF LAUREN B. RAINWATER
(2:26-cv-01397-JHC) – 2

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of June, 2026, I caused the a true and correct copy of the foregoing to be served on the following as indicated below:

Samuel J. Strauss, WSBA #46971
Raina C. Borrelli, *Pro Hac Vice*
STRAUSS BORRELLI PLLC
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Tel: (872) 263-1100
E-mail: sam@straussborrelli.com
E-mail: raina@straussborrelli.com

Lynn A. Toops, *Pro Hac Vice*
Natalie A. Lyons, *Pro Hac Vice*
Ian R. Bensberg, *Pro Hac Vice*
COHENMALAD, LLP
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel: (317) 636-6481
E-mail: ltoops@cohenmalad.com
E-mail: nlyons@cohenmalad.com
E-mail: ibensberg@cohenmalad.com

J. Gerard Stranch, IV, *Pro Hac Vice Forthcoming*
Michael C. Tackeff, *Pro Hac Vice Forthcoming*
Andrew K. Murray, *Pro Hac Vice Forthcoming*
STRANCH, JENNINGS & GARVEY, PLLC
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel: (615) 254-8801
E-mail: gstranch@stranchlaw.com
E-mail: mtackeff@stranchlaw.com
E-mail: amurray@stranchlaw.com

*Via ECF*

*Attorneys for Plaintiff*

DATED this 26th day of June, 2026.

s/ *Lauren B. Rainwater*
Lauren B. Rainwater, WSBA #43625

DECLARATION OF LAUREN B. RAINWATER
(2:26-cv-01397-JHC) – 3

# Exhibit A

**Page Vault**

| | |
|---|---|
| Document title: | Washington's Law \| Washington State |
| Capture URL: | http://web.archive.org/web/20201017023016/www.atg.wa.gov/washingtons-law |
| Page loaded at (UTC): | Mon, 18 May 2026 16:45:30 GMT |
| Capture timestamp (UTC): | Mon, 18 May 2026 16:48:29 GMT |
| Capture tool: | 10.80.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/10.80.0 Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| Capture ID: | qbDQeuGouMUE1swrJ5mPob |



http://www.atg.wa.gov/washingtons-law    Go

Case 2:26-cv-01397-JHC    Document 18    Filed 06/26/26    Page 6 of 15

43 captures
1 May 2015 - 15 Oct 2025

NOV  OCT  MAR
17
2017  2020  2022    About this capture

## Washington State
### Office of the Attorney General

Attorney General
**Bob Ferguson**

ADA Accessibility    ¡Bienvenido!    欢迎    歡迎

How may we help you?

Home | News | Office Information | Serve The People | Initiatives | Resources | AG Opinions | Employment

Home | Serve The People | Safeguarding Consumers | Consumer Issues A-Z | Spam | **Washington's Law**

# WASHINGTON'S LAW



Spam — we've all heard of it, and most of us have received it. Although not all spam is illegal, almost all of it is a nuisance. Consumers and the Attorney General can use this law to stop unwanted spam.

**Washington's anti-spam law makes it illegal in Washington to send an unsolicited commercial email IF the email is sent:**

- To a Washington email address; or
- From a computer located in Washington.

**AND using:**

- False information identifying the point of origin of the message or that hides the true origin of the sender (Also known as a "False Header");
- False or misleading information in the subject line; or
- A third party's email address (domain name) without permission.

The law only applies when a sender knows or has reason to know the email is being sent to Washington.

**How does a sender find out if an email address is located in Washington?**

- The sender checks with the domain name registrant (usually the Internet Service Provider) before sending the email;
- If the information is available, the sender is deemed to know the address is in Washington; or
- Even if the sender fails to inquire about the information, as long as it's available, the sender is deemed to know.

[Back to Top]

## What is Deceptive?

Although spam may be very obnoxious or frustrating to receive, unless it violates one of the elements of Washington's anti-spam law, it is not illegal in this state. One of the easiest ways to tell if an email violates Washington's spam statute is to take a look at the subject line of the email and compare it to the text of the message.

Generally, a subject line is considered legally deceptive if it has a tendency or capacity to deceive consumers. It need not actually deceive or harm consumers and there need not be intent to deceive.

If the subject line is NOT deceptive — in that the subject line clearly represents what is being sent — the email does not likely meet this element of the spam statute. Unless you show that another element has been violated, you may not need to file the complaint.

**How do I know if it is deceptive?**

Carefully examine the body of the email message as it relates to the email's subject line and ask yourself these questions:

- Does it accurately describe what is contained in the email? For example, does a subject line describing "important news about your taxes" contain a message with information about a get-rich-quick scheme?
- Is it a "come-on," attempting to entice you to read the message?
- Does it create a false sense of urgency?
- Does it misrepresent the identity of the sender of the message?

**Here are a few examples of deceptive subject lines our office has received over the years:**

| Subject Line | Body of Spam |
|---|---|
| "board meeting 3ish" | Online pharmacy solicitation |
| "URGENT - Account Update" | Debt consolidation service |

### Have a Consumer Issue?
File a Complaint Online or via Mail

**FILE A COMPLAINT**

### Safeguarding Consumers
Consumer Issues A-Z
- Acting & Modeling Scams
- Antitrust/Unfair Trade Practices
- Cancellation Rights
- Cars
- Charities
- Check Scams
- Contractors
- Credit & Debt
- Dealing with Death
- Disputes
- Foreclosure & Mortgage Assistance
- Health Clubs
- Identity Theft & Privacy
- Immigration Services
- Junk Mail
- Landlord-Tenant
- Medicaid Fraud
- Online Auctions
- Out of Business
- Patents - Bad Faith Enforcement
- Prescription Drug Prices
- Public Records
- Pyramid Schemes
- Refunds and Exchanges
- Senior Fraud
- Settlements / Consumer Refunds
- Small Claims Court
- Spam
  - Federal Law
  - Take Action
  - Washington's Law
- Student Loans
- Sweepstakes
- Telemarketing Fraud
- Toxics in Products
- Veteran and Military Resources
- Wire Transfer Scams

- Does it create a false sense of urgency?
- Does it misrepresent the identity of the sender of the message?

**Here are a few examples of deceptive subject lines our office has received over the years:**

| Subject Line | Body of Spam |
|---|---|
| "board meeting 3ish" | Online pharmacy solicitation |
| "URGENT - Account Update" | Debt consolidation service |
| "well???" | Pornography solicitation |
| "Check Unclaimed" | Debt consolidation service |
| "This works – have a look" | Online casino solicitation |
| "I talked to him yesterday" | Online pharmacy solicitation |
| "Payment Past Due" | Debt consolidation service |

[Back to Top]

Student Loans
Sweepstakes
Telemarketing Fraud
Toxics in Products
Veteran and Military Resources
Wire Transfer Scams
Worker Rights
All Consuming Blog
Business Resources
Cy Pres
File a Complaint
Lemon Law
Manufactured Housing Dispute Resolution
Scam Alerts
Tobacco
Utilities (Regulated)
Roles of the Office
en Espanol
Chinese (simplified)
Chinese (traditional)

**News**
Media Contacts
News Releases
Ferguson File
Social Media

**Office Information**
About Bob Ferguson
AGO Environmental Policies
Mission, Vision & Values
Contact Us
Legal Divisions
Office Locations
Annual Reports
Budget
History
Washington's Attorneys General - Past and Present
Roles of the Office
Task Forces
FAQs
Contracts
Technology
Privacy Notice
Rulemaking Activity
Tribal Consent & Consultation Policy

**Serve The People**
**Economic Justice & Consumer Protection**
Safeguarding Consumers
Antitrust/Unfair Trade Practices
Medicaid Fraud Control
Lemon Law
Tobacco Compliance
Protecting Youth
Protecting Seniors
**Social Justice & Civil Rights**
Civil Rights Division
Environmental Protection Division
Hanford Litigation
Campaign Finance Law Enforcement
**Criminal Justice & Public Safety**
Criminal Litigation Division
Sexually Violent Predators
Homicide Investigation Tracking System (HITS)
Financial Crimes Unit
Death Penalty Cases
Firearms

**Initiatives**
Open Government
Wing Luke Civil Rights Division
Environmental Protection
Human Trafficking
Sexual Assault Kit Initiative
Combating Dark Money/Campaign Finance Unit
Opioid Epidemic
Veterans Advocacy
2020 Legislative Agenda
Student Loans/Debt Adjustment and Collection
Immigration Services Fraud
Vulnerable Adult Abuse
Federal Litigation

**Resources**
Consumer Scam Alerts
File a Complaint
Executive Ethics Board
Sign up for Newsletter Emails
Avoiding Unconstitutional Taking
Publications
Reports to the Legislature
Student Loan Survival Guide
Veteran and Military Resources
Civil Rights Resource Guide
Immigration Guidance
Open Government Resource Manual
Data Breach Report
Keep Washington Working Act FAQ for Law Enforcement

**AG Opinions**
Opinions by Year
Opinions by Topic
Opinion Requests

**Employment**
Experience Excellence
Employee Testimonials
Attorneys & Law Clerks
General Employment Opportunities
Exempt Positions
WA Management Service
Volunteer and Internship Opportunities
Diversity
Office Locations

Contact Us    Privacy Notice    Accessibility Policy    Employee Resources    Rulemaking Activity    Sitemap    Access Washington    Contact Webmaster

1125 Washington St SE • PO Box 40100 • Olympia, WA 98504 • (360) 753-6200
OFFICE HOURS: 8:00 AM - 5:00 PM Monday - Friday  Closed Weekends & State Holidays

Document title: Washington&#39;s Law | Washington State
Capture URL: http://web.archive.org/web/20201017023016/www.atg.wa.gov/washingtons-law
Capture timestamp (UTC): Mon, 18 May 2026 16:48:29 GMT

# Exhibit B



| | |
|---|---|
| Document title: | Washington's Law \| Washington State |
| Capture URL: | http://web.archive.org/web/20250410222935/www.atg.wa.gov/washingtons-law |
| Page loaded at (UTC): | Mon, 18 May 2026 16:48:54 GMT |
| Capture timestamp (UTC): | Mon, 18 May 2026 16:49:37 GMT |
| Capture tool: | 10.80.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/10.80.0 Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| Capture ID: | gTMeuv3iBMNi5qtRrKa8ok |

PDF REFERENCE #:    vYYj1iFHe7588ciHPugKfZ

INTERNET ARCHIVE
WayBack Machine
43 captures
1 May 2015 - 15 Oct 2025
FEB APR JUN
10
2023 2025 2026
About this capture

# Washington State
## Office of the Attorney General

Attorney General
**Nick Brown**

ADA Accessibility   Other Languages

How may we help you?

Home  News  Office Information  Serve The People  Initiatives  Resources  AG Opinions  Employment

Home | Serve The People | Safeguarding Consumers | Consumer Issues A-Z | Spam | **Washington's Law**

# Washington's Law



Spam — we've all heard of it, and most of us have received it. Although not all spam is illegal, almost all of it is a nuisance. Consumers and the Attorney General can use this law to stop unwanted spam.

**Washington's anti-spam law makes it illegal in Washington to send an unsolicited commercial email IF the email is sent:**

- To a Washington email address; or
- From a computer located in Washington.

**AND using:**

- False information identifying the point of origin of the message or that hides the true origin of the sender (Also known as a "False Header");
- False or misleading information in the subject line; or
- A third party's email address (domain name) without permission.

The law only applies when a sender knows or has reason to know the email is being sent to Washington.

**How does a sender find out if an email address is located in Washington?**

- The sender checks with the domain name registrant (usually the Internet Service Provider) before sending the email;
- If the information is available, the sender is deemed to know the address is in Washington; or
- Even if the sender fails to inquire about the information, as long as it's available, the sender is deemed to know.

[Back to Top]

## What is Deceptive?

Although spam may be very obnoxious or frustrating to receive, unless it violates one of the elements of Washington's anti-spam law, it is not illegal in this state. One of the easiest ways to tell if an email violates Washington's spam statute is to take a look at the subject line of the email and compare it to the text of the message.

Generally, a subject line is considered legally deceptive if it has a tendency or capacity to deceive consumers. It need not actually deceive or harm consumers and there need not be intent to deceive.

If the subject line is NOT deceptive — in that the subject line clearly represents what is being sent — the email does not likely meet this element of the spam statute. Unless you show that another element has been violated, you may not need to file the complaint.

**How do I know if it is deceptive?**

Carefully examine the body of the email message as it relates to the email's subject line and ask yourself these questions:

- Does it accurately describe what is contained in the email? For example, does a subject line describing "important news about your taxes" contain a message with information about a get-rich-quick scheme?
- Is it a "come-on," attempting to entice you to read the message?
- Does it create a false sense of urgency?
- Does it misrepresent the identity of the sender of the message?

**Here are a few examples of deceptive subject lines our office has received over the years:**

| Subject Line | Body of Spam |
|---|---|
| "board meeting 3ish" | Online pharmacy solicitation |
| "URGENT - Account Update" | Debt consolidation service |

## Have a Consumer Issue?

File a Complaint Online or via Mail

**FILE A COMPLAINT**

### Serve The People

Consumer Issues A-Z
Acting & Modeling Scams
Antitrust/Unfair Trade Practices
Cancellation Rights
Cars
Charities
Check Scams
Contractors
Credit & Debt
Data Breach Resource Center
Dealing with Death
Disputes
Foreclosure & Mortgage Assistance
Health Clubs
Identity Theft & Privacy
Immigration Services
Junk Mail
Landlord-Tenant
Medicaid Fraud
Online Auctions
Out of Business
Patents - Bad Faith Enforcement
Prescription Drug Prices
Public Records
Pyramid Schemes
Refunds and Exchanges
Senior Fraud
Settlements / Consumer Refunds
Small Claims Court
Spam
Student Loans
Sweepstakes
Telemarketing Fraud
Toxics in Products
Wire Transfer Scams
Worker Rights
All Consuming Blog
Business Resources

http://www.atg.wa.gov/washingtons-law  Go

FEB APR JUN
2023 **10** 2026
2025

43 captures
1 May 2015 - 15 Oct 2025

Case 2:26-cv-01397-JHC    Document 18    Filed 06/26/26    Page 11 of 15

About this capture

- Is it a "come-on," attempting to entice you to read the message?
- Does it create a false sense of urgency?
- Does it misrepresent the identity of the sender of the message?

**Here are a few examples of deceptive subject lines our office has received over the years:**

| Subject Line | Body of Spam |
| --- | --- |
| "board meeting 3ish" | Online pharmacy solicitation |
| "URGENT - Account Update" | Debt consolidation service |
| "well???" | Pornography solicitation |
| "Check Unclaimed" | Debt consolidation service |
| "This works – have a look" | Online casino solicitation |
| "I talked to him yesterday" | Online pharmacy solicitation |
| "Payment Past Due" | Debt consolidation service |

[Back to Top]

Spam
Student Loans
Sweepstakes
Telemarketing Fraud
Toxics in Products
Wire Transfer Scams
Worker Rights
All Consuming Blog
Business Resources
Cy Pres
File a Complaint
Lemon Law
Manufactured Housing Dispute Resolution
Scam Alerts
Tobacco
Roles of the Office
en Espanol
Chinese (simplified)
Chinese (traditional)
National Consumer Protection Week 2025

**News**
Media Contacts
News Releases
RSS News Feed
**Social Media**
Email Updates
Bluesky
Facebook
Instagram
LinkedIn
X.com
YouTube

**Office Information**
About Nick Brown
AGO Environmental Policies
Mission, Vision & Values
Contact Us
Office Divisions
Office Locations
Annual Reports
Budget
History
Washington's Attorneys General - Past and Present
Roles of the Office
Task Forces
FAQs
Procurements & Contracts
Technology
Privacy Notice
Rulemaking Activity
Tribal Consent & Consultation Policy

**Serve The People**
**Economic Justice & Consumer Protection**
Safeguarding Consumers
Antitrust/Unfair Trade Practices
Medicaid Fraud Control
Lemon Law
Protecting Ratepayers - Public Counsel
Protecting Youth
Protecting Seniors
**Social Justice & Civil Rights**
Civil Rights Division
Environmental Protection Division
Hanford Litigation
Veteran and Military Resources
Campaign Finance Law Enforcement
**Criminal Justice & Public Safety**
Criminal Justice
Sexually Violent Predators
Homicide Investigation Tracking System (HITS)
Financial Crimes Unit
Firearms

**Initiatives**
Open Government
Wing Luke Civil Rights Division
Environmental Justice
Human Trafficking
Sexual Assault Kit Initiative
Combating Dark Money/Campaign Finance Unit
Opioid Epidemic
Veterans Advocacy
Student Loans/Debt Adjustment and Collection
Immigration Services Fraud
Vulnerable Adult Abuse
Legislative Priorities
Robocall and Telemarketing Scams
Missing and Murdered Indigenous Women and People
Federal Litigation

**Resources**
Consumer Scam Alerts
File a Complaint
Executive Ethics Board
Sign up for Newsletter Emails
Avoiding Unconstitutional Taking
Publications & Reports
Student Loan Survival Guide
Veteran and Military Resources
Civil Rights Resource Guide
Open Government Resource Manual
Data Breach Resources
Keep Washington Working Act FAQ for Law Enforcement

**AG Opinions**
Opinions by Year
Opinions by Topic
Opinion Requests

**Employment**
Experience Excellence
Employee Testimonials
Attorneys & Law Clerks
General Employment Opportunities
Exempt Positions
WA Management Service
Volunteer and Internship Opportunities
Diversity
Office Locations

Contact Us    Privacy Notice    Accessibility Policy    Employee Resources    Rulemaking Activity    Access Washington    Contact Webmaster

1125 Washington St SE • PO Box 40100 • Olympia, WA 98504 • 360-753-6200

OFFICE HOURS: 8:00 AM - 5:00 PM Monday - Friday  Closed Weekends & State Holidays



Document title: Washington&#39;s Law | Washington State
Capture URL: http://web.archive.org/web/20250410222935/www.atg.wa.gov/washingtons-law
Capture timestamp (UTC): Mon, 18 May 2026 16:49:37 GMT

# Exhibit C

**Page Vault**

Document title:              Washington's Law | Washington State

Capture URL:                 https://www.atg.wa.gov/washingtons-law

Page loaded at (UTC):        Thu, 21 May 2026 16:13:49 GMT

Capture timestamp (UTC):     Thu, 21 May 2026 16:14:49 GMT

Capture tool:                10.80.0

Collection server IP:        54.145.42.72

Browser engine:              Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/10.80.0 Chrome/144.0.7559.236 Safari/537.36

Operating system:            Linux (Node 24.14.0)

Capture ID:                  kyM9jrAKJUBrP7CoJjhEDs

PDF REFERENCE #:    md1QANjNZGa2xwipTP55eW

ADA Accessibility     🌐 Other Languages

![Washington State seal] **Washington State**
*Office of the Attorney General*

Attorney General
**Nick Brown**

How may we help you?  🔍

Home   News   Office Information   **Serve The People**   Initiatives   Resources   AG Opinions   Employment

Home  |  Serve The People  |  Safeguarding Consumers  |  Consumer Issues A-Z  |  Spam  |  **Washington's Law**

# Washington's Law



Spam —all of us have received it. Although not all spam emails and text messages are illegal, almost all of it is a nuisance. Consumers and the Attorney General can use Washington's anti-spam law to stop unwanted spam emails and text messages.

**Washington's anti-spam law makes it illegal in Washington to send an unsolicited commercial email IF the email is sent:**

- To a Washington email address; or
- From a computer located in Washington.

**AND using:**

- False information identifying the point of origin of the message or that hides the true origin of the sender;
- Any false or misleading information in the subject line; or
- A third party's email address (domain name) without permission.

The law only applies when a sender knows or has reason to know the email is being sent to Washington.

**How does a sender find out if an email address is located in Washington?**

- The sender checks with the domain name registrant (usually the Internet Service Provider) before sending the email;
- If the information is available, the sender is deemed to know the address is in Washington; or
- Even if the sender fails to inquire about the information, as long as it's available, the sender is deemed to know.

[Back to Top]

---

**What is misleading information?**

Although spam may be very obnoxious or frustrating to receive, unless it violates one of the elements of Washington's anti-spam law, it is not illegal in this state. Generally, a subject line is considered misleading if it has a tendency or capacity to deceive consumers. It need not actually deceive or harm consumers and there need not be intent to deceive for a consumer to receive statutory damages.

**How do I know if information is false or misleading?**

Carefully examine the sender's information and ask yourself these questions:

- Does the email address resemble a legitimate domain name but contain slight variations in spelling or formatting?
  - Fake email domains use typos or common spelling errors, like "goolge.com" instead of "google.com".
  - Fake email domains may also use numbers, letters, or characters to a legitimate domain name, such as "netflix@netflix1234.com".
- Does the sender's name not match with the email address? For example, the name displayed in the "from" field (e.g., "Microsoft") might not match the email address (e.g., a public domain like @gmail.com)

Carefully examine the subject line of the email message and ask yourself these questions:

- Does it accurately describe what is contained in the email? For example, does a subject line describing "important news about your taxes" contain a message with information about a get-rich-quick scheme?
- Does the subject line create a false sense of urgency?
- Does it misrepresent the identity of the sender of the message?

---

**Washington's anti-spam law ALSO makes it illegal in Washington to send an unsolicited commercial electronic text message if the message is sent:**

- To a telephone number assigned to a Washington resident for a cellular telephone; and
- From a person conducting business in Washington state.

**But not if:**

## Have a Consumer Issue?

File a Complaint Online or via Mail

**FILE A COMPLAINT**

Consumer Issues A-Z
  Acting & Modeling Scams
  Antitrust/Unfair Trade Practices
  Cancellation Rights
  Cars
  Charities
  Check Scams
  Contractors
  Credit & Debt
  Data Breach Resource Center
  Data Privacy Hub
  Dealing with Death
  Disputes
  Foreclosure & Mortgage Assistance
  Health Clubs
  Hospital Bills and Charity Care
  Immigration Services
  Junk Mail
  Landlord-Tenant
  Medicaid Fraud
  Online Auctions
  Out of Business
  Patents - Bad Faith Enforcement
  Prescription Drug Prices
  Public Records
  Pyramid Schemes
  Refunds and Exchanges
  Senior Fraud
  Settlements / Consumer Refunds
  Small Claims Court
  Spam
    Federal Law
    Take Action
    Washington's Law
  Student Loans
  Sweepstakes
  Telemarketing Fraud
  Toxics in Products
  Wire Transfer Scams
  Worker Rights
  Business Resources

- Does it misrepresent the identity of the sender of the message?

---

**Washington's anti-spam law ALSO makes it illegal in Washington to send an unsolicited commercial electronic text message if the message is sent:**

- To a telephone number assigned to a Washington resident for a cellular telephone; and
- From a person conducting business in Washington state.

**But not if:**

- The message is sent by the subscriber's cellphone carrier, unless the subscriber has indicated he or she is not willing to receive further commercial text messages from the cellphone carrier; or
- The recipient has clearly and affirmatively consented in advance to receive the commercial electronic text messages from the sender.


[Back to Top]

Washington's Law
Student Loans
Sweepstakes
Telemarketing Fraud
Toxics in Products
Wire Transfer Scams
Worker Rights
Business Resources
Cy Pres
File a Complaint
Lemon Law
Manufactured Housing Dispute Resolution
Scam Alerts
Tobacco
Roles of the Office
en Espanol
Chinese (simplified)
Chinese (traditional)

---

**News**
Media Contacts
News Releases
RSS News Feed
**Social Media**
Email Updates
Bluesky
Facebook
Instagram
LinkedIn
X.com
YouTube

**Office Information**
About Nick Brown
Mission, Vision & Values
Contact Us
Office Divisions
Office Locations
Annual Reports
Budget
History
Washington's Attorneys General - Past and Present
Roles of the Office
Task Forces
FAQs
Procurements & Contracts
Technology
Privacy Notice
Rulemaking Activity
Tribal Consent & Consultation Policy

**Serve The People**
**Economic Justice & Consumer Protection**
Safeguarding Consumers
Antitrust/Unfair Trade Practices
Medicaid Fraud Control
Lemon Law
Protecting Ratepayers - Public Counsel
Protecting Youth
Protecting Seniors
**Social Justice & Civil Rights**
Civil Rights Division
Environmental Protection Division
Hanford Litigation
Hate Crimes & Bias Incidents Hotline
Veteran and Military Resources
Campaign Finance Law Enforcement
**Criminal Justice & Public Safety**
Washington State Tribal Warrants Act
Crime & Safety
Criminal Justice
Sexually Violent Predators
Homicide Investigation Tracking System (HITS)
Financial Crimes Unit
Firearms

**Initiatives**
Federal Litigation Tracker
Open Government
Wing Luke Civil Rights Division
Environmental Justice
Human Trafficking
Sexual Assault Kit Initiative
Combating Dark Money/Campaign Finance Unit
Opioid Settlements
Veterans Advocacy
Student Loans/Debt Adjustment and Collection
Immigration Services Fraud
Vulnerable Adult Abuse
Robocall and Telemarketing Scams
Missing and Murdered Indigenous Women and People

**Resources**
Know Your Rights
Consumer Scam Alerts
File a Complaint
Executive Ethics Board
Sign up for Newsletter Emails
Avoiding Unconstitutional Taking
Publications & Reports
Student Loan Survival Guide
Veteran and Military Resources
Civil Rights Resource Guide
Open Government Resource Manual
Data Breach Resources
Keep Washington Working Act FAQ for Law Enforcement
State Agency Healthcare Reporting Portal

**AG Opinions**
Opinions by Year
Opinions by Topic
Opinion Requests

**Employment**
Experience Excellence
Attorneys & Law Clerks
General Employment Opportunities
Exempt Positions
WA Management Service
Internship Opportunities
Diversity
Office Locations
Recruitment Inquiries

---

Contact Us    Privacy Notice    Accessibility Policy    Employee Resources    Rulemaking Activity    Access Washington    Contact Webmaster



1125 Washington St SE • PO Box 40100 • Olympia, WA 98504 • 360-753-6200

OFFICE HOURS: 8:00 AM - 5:00 PM Monday - Friday  Closed Weekends & State Holidays



---

Document title: Washington&#39;s Law | Washington State
Capture URL: https://www.atg.wa.gov/washingtons-law