UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA ERWIN, on her own behalf and on behalf of others similarly situated,<br><br>Plaintiff,<br><br>and<br><br>STATE OF WASHINGTON,<br><br>Proposed Plaintiff-Intervenor,<br><br>v.<br><br>CLUB MED SALES, INC.,<br><br>Defendant. | NO. 2:26-cv-01397-JHC<br><br>STATE OF WASHINGTON'S STIPULATED MOTION AND ORDER RE INTERVENTION UNDER FED. R. CIV. P. 5.1 AND 28 U.S.C. § 2403(b)<br><br>Note for Motion Calendar:<br>July 27, 2026 |

Proposed Plaintiff-Intervenor the State of Washington respectfully requests that the Court grant its intervention as a matter of right in the above-captioned matter for the limited purpose of defending the constitutionality of the Washington State Commercial Electronic Mail Act (CEMA), Wash. Rev. Code § 19.190.020, .040.[1] Defendant Club Med Sales, Inc.'s Motion to Dismiss

[1] Defendant cites Wash. Rev. Code § 19.190.060 (governing commercial electronic text messages) in its Notice of Constitutional Question in error. Dkt. 19. The Motion to Dismiss actually challenges Wash. Rev. Code § 19.190.020 and § 19.10.040. Dkt. 17.

(Dkt. 17) argues that CEMA violates the Due Process Clause of the United States Constitution with respect to fair notice and Article II, Section 37 of the Washington State Constitution. On June 26, 2026, Defendant filed and served notice of the constitutional challenge pursuant to Federal Rule of Civil Procedure 5.1(b) and 28 U.S.C. § 2403(b). Dkt. 19.

Pursuant to 28 U.S.C. § 2403(b), the State "shall [be] permit[ted] . . . to intervene . . . on the question of constitutionality." "Unless the court sets a later time, the attorney general may intervene within 60 days after the notice is filed . . . . Before the time to intervene expires, the court may reject the constitutional challenge, but may not enter a final judgment holding the statute unconstitutional." Fed. R. Civ. P. 5.1(c).

The State is prepared to file its substantive brief in opposition to Defendant's Motion to Dismiss by **August 25, 2026**.

To avoid duplicative filings and unnecessary burden on Defendant and the Court, the parties agree and stipulate that Defendant may file a combined reply to Plaintiffs' and the State's respective briefs in opposition to the Motion to Dismiss. The combined reply will be due **September 11, 2026.** The parties likewise stipulate to re-note the Motion to Dismiss for **September 11, 2026**. Further, the parties stipulate, subject to Court approval, that Defendant will receive an expanded word limit of 6,300 words to accommodate its need to respond to two separate briefs in a combined reply.

//

//

//

//

//

//

//

//

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: July 27, 2026

NICHOLAS W. BROWN
Attorney General

*s/Ben Brysacz*
BEN BRYSACZ, WSBA #54683
Assistant Attorney General

*s/ Claire McNamara*
CLAIRE MCNAMARA, WSBA #50097
Assistant Attorney General

Attorneys for Movant State of Washington
800 Fifth Avenue, Suite 2000
Seattle, WA 98104
206-464-7744
ben.brysacz@atg.wa.gov
claire.mcnamara@atg.wa.gov

*I certify that this memorandum contains 357 words, in compliance with the Local Civil Rules.*

Dated: July 27, 2026

STRAUSS BORRELLI PLLC

*s/ Samuel Strauss (with permission)*
SAMUEL J. STRAUSS, WSBA #46971
RAINA C. BORRELLI, *pro hac vice*
920 N Michigan Avenue, Suite 1610
Chicago, IL 60611
Tel: (872) 263-1100
E-mail: sam@straussborrelli.com
E-mail: raina@straussborrelli.com

COHENMALAD LLP

LYNN A. TOOPS, *pro hac vice*
NATALIE A. LYONS, *pro hac vice*
IAN R. BENSBERG, *pro hac vice*
One Indiana Square, Suite 1400
Indianapolis, IN 46204
Tel.: (317) 636-6481
E-mail: ltoops@cohenmalad.com
E-mail: nlyons@cohenmalad.com
E-mail: ibensberg@cohenmalad.com

STRANCH, JENNINGS & GARVEY PLLC

J. GERARD STRANCH, IV, *pro hac vice* forthcoming
MICHAEL C. TACKEFF, *pro hac vice*
ANDREW K. MURRAY, *pro hac vice* forthcoming
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN 37203
Tel.: (615) 254-8801
E-mail: gstranch@stranchlaw.com
E-mail: mtackeff@stranchlaw.com
E-mail: amurray@stranchlaw.com

*Attorneys for Plaintiff Melissa Erwin*

Dated: July 27, 2026

DAVIS WRIGHT TREMAINE LLP

*s/ Lauren Rainwater (with permission)*
LAUREN B. RAINWATER, WSBA #43625
RACHEL HERD, WSBA #50339
QUINCY RUSH, WSBA #62834
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Tel: 206.622.3150
E-mail: laurenrainwater@dwt.com
E-mail: rachelherd@dwt.com
E-mail: quincyrush@dwt.com

*Attorneys for Defendant Club Med Sales, Inc.*

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated this 27th day of July, 2026.

John H. Chun

JOHN H. CHUN
United States District Judge