UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MELISSA ERWIN, on her own behalf and on behalf of all others similarly situated,

Plaintiff,

and

STATE OF WASHINGTON,

Plaintiff-Intervenor,

v.

CLUB MED SALES, INC.,

Defendant.

Case No. 2:26-cv-01397-JHC

**ORDER GRANTING MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF BY NATIONAL RETAIL FEDERATION IN SUPPORT OF DEFENDANT CLUB MED SALES, INC.'S MOTION TO DISMISS COMPLAINT**

THIS MATTER comes before the Court upon the Motion for Leave to File *Amicus Curiae* Brief by National Retail Federation in Support of Defendant Club Med Sales, Inc.'s Motion to Dismiss. Dkt. # 38. The Court having considered the Motion and pleadings on file herein, and having determined that good cause exists for National Retail Federation to file its *amicus curiae* brief, now, therefore, it is hereby,

ORDERED that the Motion is hereby GRANTED.

ENTERED this 15th day of September, 2026.

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE