UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MELISSA ERWIN, on her own behalf and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>and<br><br>STATE OF WASHINGTON,<br><br>Plaintiff-Intervenor,<br><br>v.<br><br>CLUB MED SALES, INC.,<br><br>Defendant. | Case No. 2:26-cv-01397-JHC<br><br>**ORDER** |

This matter comes before the Court on the Court's Order to Show Cause. Dkt. # 40. The Court thanks the parties for their responses to the Order. Dkt. ## 41 & 42. Upon review of those responses, the Court concludes that Defendant has not met her burden of alleging that Plaintiff has Article III standing and thus has not met her burden of establishing subject matter jurisdiction to support removal. Thus, the Court REMANDS this matter to Snohomish County Superior Court and DIRECTS the Clerk to STRIKE as moot the motion to dismiss at Dkt. # 17, and to mail a copy of this Order to the state court.

DATED this 9th day of October, 2026.

John H. Chun

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE