**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**OFFICE OF THE CLERK**
**AT SEATTLE**

JOSHUA C. LEWIS
CLERK OF COURT
700 STEWART ST.
SEATTLE, WA 98101

October 26, 2026

Snohomish County Superior Court
3000 Rockefeller Ave. M/S 502
Everett, WA 98201

RE: *Erwin v. Club Med Sales Inc*
Case #2:26−cv−01397−JHC

Dear Clerk:

Please find enclosed the certified copy of Judge John H. Chun's *Order Remanding Case to State Court* in the above−referenced case. A certified copy of the docket sheet is also included.

**Please return the copy of this cover letter with the following information:**

*Superior Court Case Number(s)*: 26−2−02997−31

*Assigned to Judge*:__________________________________

*Completed by Deputy Clerk*: ______________________________

Thank you in advance for your cooperation and assistance.

Sincerely,

s/Alejandro Pasaye Hernandez,
*Deputy Clerk*

Enclosures